HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

vPersonalize Inc.,

    Plaintiff,

v.

Magnetize Consultants Ltd. (*dba* Kit Builder),

    Defendant.

Case No.: 2:18-CV-01836-BJR

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

In view of Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the First Amended Complaint, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED THAT**:

Defendant shall have until June 7, 2019 to answer or otherwise respond to the First Amended Complaint.

DATED this 29th day of May, 2019.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING MOTION FOR AN EXTENSION OF TIME

Case No.: 2:18-CV-01836-BJR

-1-