# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **vPersonalize Inc.,** <br> *Plaintiff,* <br><br> *vs.* <br><br> **Magnetize Consultants Ltd.** <br> (*dba* **Kit Builder**), <br> *Defendant* | CASE NO.: 2:18-CV-01836-BJR <br><br> **ORDER GRANTING VPERSONLIZE INC'S UNOPPOSED MOTION TO SEAL PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS AND CERTAIN ACCOMPANYING EXHIBITS** <br><br> <u>NOTE ON MOTION CALENDAR:</u> <br> <u>AUGUST 21, 2019</u> |

The Court, having reviewed and considered Plaintiff's Motion to Seal Documents and good cause appearing therefore, the Court Orders the following documents to be filed under seal:

1. **Plaintiff's Response to Defendant's Motion to Strike Plaintiff's Initial Infringement Contentions** - Unredacted copy of Plaintiff's Response to Defendant's Motion to Strike Plaintiff's Initial Infringement Contentions which contains information that Defendant has designated as Highly Confidential – Outside Counsel Only.

2. **Exhibit E** - Unredacted copy of the Exhibit A to Defendant's Non-Infringement and Invalidity Contentions, served on July 9, 2019 which contains information that Defendant has designated as Highly Confidential – Outside Counsel Only. Defendant served a redacted version of this document on July 1, 2019, with non-public information redacted.

ORDER GRANTING / DENYING
MOTION TO SEAL - 1

**Choi Capital Law PLLC**
2101 Fourth Ave. Suite 1570
Seattle, WA 98121
Phone: 206-588-0463
Fax: 206-971-1650

3. **Exhibit F** - Unredacted copy of Plaintiff vPersonalize Inc.'s First Supplemental Response to Defendant's Interrogatories Numbers 2, 9 and 10 (Amended), served on August 19, 2019, with the original served on August 15, 2019 which contains information that Defendant has designated as Highly Confidential – Outside Counsel Only.

DATED this 9th day of September, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING / DENYING
MOTION TO SEAL - 2

Choi Capital Law PLLC
2101 Fourth Ave. Suite 1570
Seattle, WA 98121
Phone: 206-588-0463
Fax: 206-971-1650