# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| vPersonalize Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Magnetize Consultants Ltd.,<br><br>    Defendant | Case No.: 2:18-CV-01836-BJR<br><br>**STIPULATED MOTION TO CHANGE SCHEDULE REGARDING EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO LPR 131 AND ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>August 19, 2019 |

WHEREAS, pursuant to the Court's scheduling Order (ECF No. 26), the parties' deadline to *exchange* preliminary claim constructions and extrinsic evidence ("Preliminary claim chart" on the scheduling Order) pursuant to Local Patent Rule ("LPR") 131 is August 19, 2019.

WHEREAS, pursuant to the Court's scheduling Order (ECF No. 26), the parties' next due date for *filing* a joint claim chart and prehearing statement pursuant to LPR 132 does not occur for over another six weeks, until October 2, 2019;

WHEREAS, the parties exchanged proposed terms for construction on July 19, 2019;

WHEREAS, the parties agree that a brief extension of an additional four (4) days, until August 23, 2019, for their LPR 131 exchange would facilitate a small number of potential additions to the parties' lists of terms and claim elements for construction as well as further meeting-and-conferring to potentially narrow the ultimate list to be filed with the Court;

STIPULATED MOTION TO CHANGE SCHEDULE REGARDING EXCHANGE
OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE
PURSUANT TO LPR 131 AND ORDER
Case No.: 2:18-CV-01836-BJR

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

WHEREAS, no *filing* deadlines are impacted by this stipulated extension.

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE, and respectfully request that the Court enter an order that reflects the change to the deadline for the exchange of preliminary claim constructions and extrinsic evidence ("Preliminary claim chart") in the current scheduling Order (ECF No. 26), which otherwise remains in force:

Deadline for preliminary claim chart:     August 23, 2019

August 19, 2019     Respectfully submitted,

*/s/ Lance A. Pelletier*
Shannon M. Jost (WSBA #32511)
Lance A. Pelletier (WSBA #49030)
**STOKES LAWRENCE, P.S.**
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Phone: 206-626-6000
Fax: 206-464-1496
shannon.jost@stokeslaw.com
lance.pelletier@stokeslaw.com

*/s/ Seth A. Watkins*
Seth A. Watkins (*pro hac vice*)
**WATKINS LAW & ADVOCACY, PLLC**
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Phone: 202-355-9421
Fax: 202-355-9424
watkins@wlapllc.com

*Attorneys for Defendant*
*Magnetize Consultants Ltd*

*/s/ Mudit Kakar*
Mudit Kakar, PhD. Esq. (WSBA #44344)
**CHOI CAPITAL LAW PLLC**
2101 Fourth Avenue, Suite 1570
Seattle, WA 98121
Phone: 206-588-0463
Fax: 206-971-1650
m.kakar@ccl.law

*/s/ Boyoon Choi*
Boyoon Choi, MBA, Esq. (WSBA #44939)
**CHOI CAPITAL LAW PLLC**
2101 Fourth Avenue, Suite 1570
Seattle, WA 98121
Phone: 206-588-0463
Fax: 206-971-1650
b.choi@ccl.law

*Attorneys for Plaintiff*
*vPersonalize, Inc.*

STIPULATED MOTION TO CHANGE SCHEDULE REGARDING EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO LPR 131 AND ORDER
Case No.: 2:18-CV-01836-BJR

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: the 9th day of September, 2019

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO CHANGE SCHEDULE REGARDING EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO LPR 131 AND ORDER
Case No.: 2:18-CV-01836-BJR

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000