HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

vPersonalize Inc.,

        Plaintiff,

    v.

Magnetize Consultants Ltd,

        Defendant.

Case No.: 2:18-CV-01836-BJR

**ORDER ON DEFENDANT'S
UNOPPOSED MOTION TO SEAL**

THIS MATTER comes before the Court on Magnetize Consultants Ltd's Unopposed

Motion to Seal with respect to Defendant's Reply Brief in Support of Its Motion for Contempt of

Order Nos. 95, 97. Plaintiff does not oppose Magnetize's Motion to Seal.

Having fully considered the motion, the Court hereby **GRANTS** the Motion to Seal. An

unredacted version of Defendant's Reply Brief in Support of Its Motion for Contempt of Order

Nos. 95, 97 shall be filed under seal.

DATED this 15th day of January, 2020.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ON DEFENDANT'S
UNOPPOSED MOTION TO SEAL
Case No.: 2:18-CV-01836-BJR

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000