HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| vPersonalize Inc., <br><br> Plaintiff, <br><br> v. <br><br> Magnetize Consultants Ltd, <br><br> Defendant. | Case No.: 2:18-CV-01836-BJR <br><br> **ORDER ON DEFENDANT'S UNOPPOSED MOTION TO SEAL** |

THIS MATTER comes before the Court on Magnetize Consultants Ltd's Unopposed Motion to Seal with respect to a one-page document (Ex. 16) that vPersonalize Inc. produced as well as discovery responses that vPersonalize served (Ex. 9) that at least in part concern the parties' Protected Information under the Protective Order. In addition, Magnetize has designated its outside counsel's invoices as "Confidential Information" and redacted certain information in its Motion for Attorneys' Fees and Costs and/or First Declaration of Seth A. Watkins filed concurrently herewith in which Magnetize quotes and/or discusses and/or summarizes and/or relies upon portions of those documents contained in two exhibits (Exs. 9 and 16) as well as certain exhibits to the Declarations of Seth A. Watkins, Shannon Jost, Paul D. Bianco, and William Doherty, which exhibits include invoices.

ORDER ON DEFENDANT'S
UNOPPOSED MOTION TO SEAL
Case No.: 2:18-CV-01836-BJR           - 1 -

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Having fully considered the motion and documents, the Court hereby **GRANTS** the Motion to Seal. Unredacted versions of the foregoing shall be filed under seal.

DATED this 9th day of March, 2020.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ON DEFENDANT'S
UNOPPOSED MOTION TO SEAL

Case No.: 2:18-CV-01836-BJR

- 2 -

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000