# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **vPersonalize Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Magnetize Consultants Ltd.**<br>(*dba*, Kit Builder)<br><br>Defendant | Case No.: 2:18-CV-01836<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS AND ACCOMPANYING DOCUMENTS** |

THIS MATTER comes before the Court on Plaintiff vPersonalize, Inc.'s unopposed Motion to Seal Plaintiff's Response to in Opposition to Defendant's Motion for Attorneys' Fees and Costs and Accompanying Documents.

Having fully considered the motion and documents, the Court hereby GRANTS the Motion to Seal the following documents.

1. An unredacted version of Plaintiff's Response in Opposition to Defendant's Motion for Attorneys' Fees and Costs.

2. An unredacted version of **Exhibit 4** – Plaintiff's Amended Infringement Contentions and Disclosure of Asserted Claims, dated February 1, 2020.

3. An unredacted version of **Exhibit 5** – Plaintiff's Amended Claim-Chart Comparing

Claims of U.S. Patent No. 9,345,280 to Accused Instrumentality served as exhibit to Plaintiff's Amended Infringement Contentions and Disclosure of Asserted Claims (Exhibit 4) dated February 1, 2020.

4. An unredacted version of **Exhibit 6** – Plaintiff's Amended Claim-Chart Comparing Claims of U.S. Patent No. 9,661,886 to Accused Instrumentality served as exhibit to Plaintiff's Amended Infringement Contentions and Disclosure of Asserted Claims (Exhibit 4) dated February 1, 2020.

5. An unredacted version of **Exhibit 7** – Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories, supplemented on August 15, 2019 and February 5, 2020.

6. An unredacted version of **Exhibit 15** – of Federal Rule of Evidence 408 settlement discussion letter from Plaintiff's counsel to Defendant's counsel, dated November 6, 2019.

DATED this 25th day of March, 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge